```
 1  GAIL C. TRABISH, ESQ. (#103482)                    *E-filed 9/12/07*
    HEATHER A. GLADSTONE, ESQ. (#238517)
 2  BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation
 3  555 12th Street, Suite 1800
    P. O. Box 12925
 4  Oakland, CA  94604-2925
    Telephone: (510) 834-4350
 5  Facsimile: (510) 839-1897

 6  Attorneys for Defendant
    TARGET STORES, a division
 7  of Target Corporation, erroneously sued herein as
    TARGET CORPORATION
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ROBERTO HERNANDEZ, | ) Case No.: 2:07-CV-01971 HRL |
|---|---|
| Plaintiff, | ) **STIPULATED REQUEST FOR LEAVE TO FILE THIRD-PARTY COMPLAINT AND [PROPOSED] ORDER** |
| vs. | |
| TARGET CORPORATION et al, | ) [E-FILING CASE] |
| Defendants. | ) Original Complaint Filed: February 23, 2007 |

IT IS HEREBY STIPULATED by plaintiff ROBERTO HERNANDEZ and by defendant TARGET STORES, a division of TARGET CORPORATION, erroneously sued herein as TARGET CORPORATION (hereinafter "TARGET"), by and through their counsel of record, that TARGET be granted leave to file the attached third party complaint for indemnity, contribution and declaratory relief in the above-captioned action.

///
///
///
///
///
///

**IT IS SO STIPULATED.**

DATED: September 5, 2007

ANTHONY LOPEZ & ASSOCIATES

By: _____
ANTHONY R. LOPEZ, ESQ.
Attorney for Plaintiff
ROBERTO HERNANDEZ

DATED: September 10, 2007

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH
HEATHER A. GLADSTONE
Attorneys for Defendant
TARGET STORES, a division of
TARGET CORPORATION,

## ORDER

The parties having stipulated and good cause appearing,

IT IS HEREBY ORDERED that the defendant TARGET is granted leave to file the attached third party complaint for indemnity, contribution and declaratory relief in the above-captioned action. **The complaint shall be filed and served on the third party defendant by September 17, 2007.**

**IT IS SO ORDERED.**

DATED: ____9/12____, 2007

_____
HONORABLE HOWARD LLOYD
UNITED STATES MAGISTRATE JUDGE

24884\412833

-2-

Stipulated Request for Leave to File Third Party Complaint and [Proposed] Order Case No. 2:07-CV-01971 HRL