\*E-filed 10/23/07\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERTO HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORP.,<br><br>    Defendant._____/ | No. C 07-01971 HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference is hereby continued. The conference is now set for **December 18, 2007, 1:30 pm.** in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113. The parties shall file an updated joint case management statement **no later than December 11, 2007**.

Furthermore, Plaintiff's counsel has been repeatedly notified to register for the court's Electronic Case Filing (ECF) system but has yet to do so. If counsel does not register within ten days of the date of this order, the court will consider issuing sanctions. *See* Civil Local Rule 5-4 and General Order 45, Section IV, Part A; Civil Local Rule 11-1.

**IT IS SO ORDERED.**

Dated: 10/23/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Gail C. Trabish gtrabish@bjg.com, abraun@bjg.com

A COURTESY COPY[1] WILL BE SENT TO:

Peter Michael Lazarus
Anthony R. Lopez and Associates
1745 North First Street
Suite 275
San Jose, CA 95112

* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date:   10/23/07                         /s/ KRO
                                         Chambers of Magistrate Judge Howard R. Lloyd

---

[1] This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45. Counsel is noticed to **immediately** register as an E-filer with this court.

2