1 Mark W. Shem, Esq. (SBN 152860)  *E-filed 3/28/08*
  BORTON PETRINI, LLP
2 95 South Market Street, Suite 400
  San Jose, CA 95113
3 Telephone (408) 535-0870
  Facsimile (408) 535-0878
4

5 Attorneys for Third Party Defendant/Cross-Defendant
  JETCO MANUFACTURING, LTD.
6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11 ROBERTO HERNANDEZ,  Case No. 5:07-CV-01971 HRL

12 Plaintiff,  **STIPULATION AND ORDER CONTINUING TRIAL DATE**

13 v.

14 TARGET CORPORATION et al.,

15 Defendants.  [E-FILING CASE]

16 ─────────────────────
   TARGET STORES, a division of Target
17 Corporation,

18 Third Party Plaintiff,

19 v.  Original Complaint Filed:
     February 23, 2007
20 SEATING CONCEPTS, INC., JETCO
   MANUFACTURING LTD.,
21
   Third Party Defendants.
22

23

24    THE PARTIES THROUGH AND BY THEIR RESPECTIVE ATTORNEYS OF

25 RECORD STIPULATE AS FOLLOWS:

26    1.  Mediation was conducted on March 6, 2008 with Jonathan Gross, Esq. The

27 mediation was not successful due to continued factual disagreements. The parties agree that further

28 discovery and investigation is required on these factual disagreements.

2. The parties agreed to reconvene the mediation in 45 days after further discovery and investigation is conducted or some time in mid May, 2008. The mediator is in the process of rescheduling the session.

3. This case is set for jury trial starting August 25, 2008.

4. The parties respectfully request a continuance of the discovery deadlines and trial date by 60 days to accommodate the continued investigations and further mediation session. The parties desire a continuance of the trial date and discovery deadlines in order to avoid incurring trial preparation fees and costs while the parties are attempt to settle this dispute.

5. The parties respectfully request the court continue the trial date 60 days from August 25, 2008 or at the court's convenience so long as the trial is not set in December, 2008. TARGET's stipulation to continue trial date is conditioned on the matter not being set in December, as it would interfere with its ability to present witnesses. Plaintiff's stipulation is conditioned that the trial not be conducted between October 8, 2008 thru October 22, 2008 as plaintiff's trial counsel has a pre-planned and paid vacation.

6. If the court consents, the new discovery deadlines would be as follows:

| | | |
|---|---|---|
| a. | Fact Discovery Cutoff | May 30, 2008 |
| b. | Designation of Experts with Reports | June 16, 2008 |
| c. | Designation of Rebuttal Experts with Reports | July 7, 2008 |
| d. | Expert Discovery Cutoff | July 21, 2008 |
| e. | Last day for hearing on Dispositive Motions | August 29, 2008 |

IT IS SO STIPULATED.

Dated: 3/18 2008

ANTHONY R. LOPEZ & ASSOCIATES

Peter M. Lazarus, Esq.
Attorneys for Plaintiff ROBERTO HERNANDEZ

Dated: _____ 2008

BOORNAZIAN, JENSEN & GARTHE

Gail Trabish, Esq.
Attorneys for Defendant TARGET STORES, a division of Target Corporation

2. The parties agreed to reconvene the mediation in 45 days after further discovery and investigation is conducted or some time in mid May, 2008. The mediator is in the process of rescheduling the session.

3. This case is set for jury trial starting August 25, 2008.

4. The parties respectfully request a continuance of the discovery deadlines and trial date by 60 days to accommodate the continued investigations and further mediation session. The parties desire a continuance of the trial date and discovery deadlines in order to avoid incurring trial preparation fees and costs while the parties are attempt to settle this dispute.

5. The parties respectfully request the court continue the trial date 60 days from August 25, 2008 or at the court's convenience so long as the trial is not set in December, 2008. TARGET's stipulation to continue trial date is conditioned on the matter not being set in December, as it would interfere with its ability to present witnesses. Plaintiff's stipulation is conditioned that the trial not be conducted between October 8, 2008 thru October 22, 2008 as plaintiff's trial counsel has a pre-planned and paid vacation.

6. If the court consents, the new discovery deadlines would be as follows:

   a. Fact Discovery Cutoff — May 30, 2008
   b. Designation of Experts with Reports — June 16, 2008
   c. Designation of Rebuttal Experts with Reports — July 7, 2008
   d. Expert Discovery Cutoff — July 21, 2008
   e. Last day for hearing on Dispositive Motions — August 29, 2008

IT IS SO STIPULATED.

Dated: _____ 2008        ANTHONY R. LOPEZ & ASSOCIATES

_____
Peter M. Lazarus, Esq.
Attorneys for Plaintiff ROBERTO HERNANDEZ

Dated: 3/18 2008           BOORNAZIAN, JENSEN & GARTHE

_____
Gail Trabish, Esq.
Attorneys for Defendant TARGET STORES, a division of Target Corporation

2
STIPULATION AND ORDER CONTINUING TRIAL DATE

| | | |
|---|---|---|
| 1 | Dated: March 20 2008 | LIVINGSTON LAW FIRM |
| 2 | | |
| 3 | | _____ /s/ |
| 4 | | Craig A. Livingston, Esq.<br>Attorneys for Third-Party Defendant SEATING CONCEPTS, INC. |
| 5 | | |
| 6 | DATED: March 18, 2008 | BORTON PETRINI, LLP |
| 7 | | |
| 8 | | _____ |
| 9 | | |
| 10 | | Mark W. Shem, Esq.,<br>Attorneys for Third Party Defendant/Cross-Defendant<br>JETCO MANUFACTURING, LTD. |

## ORDER

Good cause appearing, the court orders as follows:

1. The stipulated discovery cutoff extensions are granted.
2. The trial in this matter is continued to _____, __, 2008.
3. The last day to hear discovery motions is _____, __, 2008
4. The pre-trial conference is continued from July 29, 2008 at 1:00 p.m. to ____, __, 2008 at 1:00 p.m.

IT IS SO ORDERED.

March __, 2008

_____
Hon. Howard Lloyd
MAGISTRATE JUDGE

1  Dated: _____ 2008          LIVINGSTON LAW FIRM

2

3                                  _____
                                    Craig A. Livingston, Esq.
                                    Attorneys for Third-Party Defendant SEATING
4                                   CONCEPTS, INC.

5

6  DATED: March 18, 2008           BORTON PETRINI, LLP

7

8                                  [signature]

9                                  _____
                                    Mark W. Shem, Esq.,
                                    Attorneys for Third Party Defendant/Cross-Defendant
10                                  JETCO MANUFACTURING, LTD.

11

12                              **ORDER**

13    Pursuant to the stipulation of the parties and good cause appearing, the court orders that the
   following schedule shall now apply to this case:
14

15  Fact Discovery Cutoff -------------------------------- May 5, 2008
    Designation of Experts with Reports ---------------- June 16, 2008
16  Designation of Rebuttal Experts with Reports ---- July 7, 2008
    Expert Discovery Cutoff ----------------------------- July 21, 2008
17  Last Day for Hearing on Dispositive Motions ---- August 29, 2008, 10:00 a.m.
    Final Pretrial Conference --------------------------- November 4, 2008, 1:30 p.m.
18  Jury Trial --------------------------------------------- November 17, 2008

19

20     IT IS SO ORDERED.

21

22  Date: 3/28/08

23                                 [signature]
                                   _____
24                                 HOWARD R. LLOYD
                                   UNITED STATES MAGISTRATE JUDGE

25

26

27

28