```
Craig A. Livingston (SBN 148551)                    *E-filed 4/25/08*
Crystal L. Van Der Putten (SBN 227262)
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA 94596
Tel: (925) 952-9880
Fax: (925) 952-9881
clivingston@livingstonlawyers.com
cvanderputten@livingstonlawyers.com

Attorneys for Defendant/Cross-Defendant/
Third-Party Defendant/Cross-Claimant
SEATING CONCEPTS, INC.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERTO HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, INC., et al.<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 5:07-CV-01971 HRL<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING DISCOVERY**<br>**CUT-OFF**<br><br>**(AS MODIFIED BY THE COURT)** |

The parties, by and through their respective attorneys of record, stipulate as follows:

1. On March 6, 2008, plaintiff ROBERTO HERNANDEZ and defendants TARGET STORES, SEATING CONCEPTS, INC. and JETCO MANUFACTURING, LTD participated in a mediation with Jonathan Gross, Esq. as mediator.

2. The mediation was unsuccessful and all parties agreed to continue the mediation to May 15, 2008, in order to conduct further discovery and investigation as to certain factual disagreements.

3. The current fact discovery cut-off is May 5, 2008, ten days before the mediation.

4. Persons most knowledgeable for each defendant, depending on topic, are located out-of-state, and in defendant JETCO MANUFACTURING, LTD's case, out-of-country.

1  5. The parties are hopeful that this case will resolve at the mediation scheduled on
2  May 15, 2008.
3  6. In an effort to preserve resources and promote efficiency in the event that the case
4  settles, the parties respectfully request that the fact discovery cut-off be extended to June 6, 2008.
5  7. This case is currently set for trial beginning November 17, 2008.
6  8. This stipulation may be executed in counterparts and a facsimile signature shall be
7  treated as though it is an original.
8  IT IS SO STIPULATED.
9  DATED: April __, 2008                ANOTHONY R. LOPEZ & ASSOCIATES
10
11
12                                       By:_____
                                         Peter M. Lazarus, Esq.
13                                       Attorneys for Plaintiff
                                         Roberto HernandezTARGET STORES,
14                                       a division of Target Corporation, sued herein as
                                         Target Corporation
15
16  DATED: April 22, 2008               BOORNAZIAN, JENSON & GARTHE
17
18
19                                       By:_____
                                         Gail C. Trabish, Esq.
20                                       Attorneys for Defendant TARGET STORES,
                                         a division of Target Corporation, sued herein as
21                                       Target Corporation
22
    DATED: April __, 2008                BORTON PETRINI, LLP
23
24
25                                       By:_____
                                         Mark W. Shem, Esq.
26                                       Attorneys for Defendant
                                         JETCO MANUFACTURING, LTD.
27
28

*Hernandez v. Target Corporation, et al.* -Case No.5:07-CV-01971 HRL
Stipulation and Order Extending Discovery Cut-Off

2

1  5. The parties are hopeful that this case will resolve at the mediation scheduled on
2  May 15, 2008.
3  6. In an effort to preserve resources and promote efficiency in the event that the case
4  settles, the parties respectfully request that the fact discovery cut-off be extended to June 6, 2008.
5  7. This case is currently set for trial beginning November 17, 2008.
6  8. This stipulation may be executed in counterparts and a facsimile signature shall be
7  treated as though it is an original.
8  **IT IS SO STIPULATED.**
9  DATED: April __, 2008                          ANOTHONY R. LOPEZ & ASSOCIATES

By: _____
Peter M. Lazarus, Esq.
Attorneys for Plaintiff
Roberto HernandezTARGET STORES,
a division of Target Corporation, sued herein as
Target Corporation

DATED: April __, 2008                           BOORNAZIAN, JENSON & GARTHE

By: _____
Gail C. Trabish, Esq.
Attorneys for Defendant TARGET STORES,
a division of Target Corporation, sued herein as
Target Corporation

DATED: April __, 2008                           BORTON PETRINI, LLP

By: _____
Mark W. Shem, Esq.
Attorneys for Defendant
JETCO MANUFACTURING, LTD.

1  5.  The parties are hopeful that this case will resolve at the mediation scheduled on
2  May 15, 2008.
3  6.  In an effort to preserve resources and promote efficiency in the event that the case
4  settles, the parties respectfully request that the fact discovery cut-off be extended to June 6, 2008.
5  7.  This case is currently set for trial beginning November 17, 2008.
6  8.  This stipulation may be executed in counterparts and a facsimile signature shall be
7  treated as though it is an original.
8  **IT IS SO STIPULATED.**
9  DATED: April __, 2008                                    ANOTHONY R. LOPEZ & ASSOCIATES
10
11
12                                                          By:_____
                                                            Peter M. Lazarus, Esq.
13                                                          Attorneys for Plaintiff
                                                            Roberto HernandezTARGET STORES,
14                                                          a division of Target Corporation, sued herein as
                                                            Target Corporation
15
16 DATED: April __, 2008                                    BOORNAZIAN, JENSON & GARTHE
17
18
19                                                          By:_____
                                                            Gail C. Trabish, Esq.
20                                                          Attorneys for Defendant TARGET STORES,
                                                            a division of Target Corporation, sued herein as
21                                                          Target Corporation
22
23 DATED: April 2?, 2008                                    BORTON PETRINI, LLP
24
25
                                                            By: [signature]
26                                                          Mark W. Shem, Esq.
                                                            Attorneys for Defendant
27                                                          JETCO MANUFACTURING, LTD.
28

---

*Hernandez v. Target Corporation, et al.*-Case No.5:07-CV-01971 HRL
Stipulation and Order Extending Discovery Cut-Off

2

1  DATED: April 22, 2008                LIVINGSTON LAW FIRM

   By /s/ Craig A. Livingston
   Craig A. Livingston
   Attorneys for Defendant/Cross-Defendant/
   Third-Party Defendant/Cross-Claimant
   SEATING CONCEPTS, INC.

**ORDER**

Good cause appearing, the Court orders as follows:

The fact discovery cut-off is extended to June 6, 2008. <u>Further continuance of this deadline will not be permitted.</u>

**IT IS SO ORDERED.**

April 25, 2008

_____
Hon. Howard R. Lloyd
Magistrate Judge

*Hernandez v. Target Corporation, et al.*-Case No.5:07-CV-01971 HRL
Stipulation and Order Extending Discovery Cut-Off

3