*e-filed 7/25/08*

1  Mark W. Shem, Esq. (SBN 152860)
   BORTON PETRINI, LLP
2  95 South Market Street, Suite 400
   San Jose, CA 95113
3  Telephone (408) 535-0870
   Facsimile (408) 535-0878
4

5  Attorneys for Third Party Defendant/Cross-Defendant
   JETCO MANUFACTURING, LTD.
6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 ROBERTO HERNANDEZ,                    Case No. 5:07-CV-01971 HRL

12           Plaintiff,                  **STIPULATION TO EXTEND
                                         EXPERT DISCOVERY CUT-OFF
13 v.                                    AND ORDER**

14 TARGET CORPORATION et al.,

15           Defendants.                 [E-FILING CASE]

16 ─────────────────────────────
   TARGET STORES, a division of Target
17 Corporation,

18           Third Party Plaintiff,
                                         Original Complaint Filed:
19 v.                                    February 23, 2007

20 SEATING CONCEPTS, INC., JETCO
   MANUFACTURING LTD.,
21
             Third Party Defendants.
22

23

24         The parties through and by their respective attorneys of record stipulate as follows:

25         1.      The parties have been conducting expert depositions during the weeks of

26 July 7, 2008 and July 14, 2008.

27         2.      Defendant JETCO MANUFACTURING LTD, wishes to depose Dr. Lytton

28 Williams. However, Dr. Williams is not available for deposition before July 21, 2008. The discovery

---

H:\56995\61805\StipToExten
dExpertDiscCutoff&Order-9.
wpd

1

STIPULATION TO EXTEND EXPERT DISCOVERY CUT-OFF AND ORDER

1  cut-off for expert depositions is July 21, 2008.
2      3.   The parties stipulate to conduct the deposition of Lytton Williams after
3  July 21, 2008 but before September 30, 2008.
4      It is so stipulated.

ANTHONY R. LOPEZ & ASSOCIATES

Dated: 7/22 , 2008

_____
Peter Lazarus, Esq.
Attorneys for Plaintiff ROBERTO HERNANDEZ

BOORNAZIAN, JENSEN & GARTHE

Dated: _____, 2008

_____
Gail Trabish, Esq.
Attorneys for Defendant TARGET STORES, a division of Target Corporation

LIVINGSTON LAW FIRM

Dated: _____, 2008

_____
Craig A. Livingston, Esq.
Attorneys for Third-Party Defendant SEATING CONCEPTS, INC.

BORTON PETRINI, LLP

Dated: July 21, 2008

_____
Mark W. Shem, Esq.,
Attorneys for Third Party Defendant/Cross-Defendant JETCO MANUFACTURING, LTD.

## ORDER

Good cause appearing, it is so ordered.

Dated: _____, 2008

HOWARD LLOYD
MAGISTRATE JUDGE

2
STIPULATION TO EXTEND EXPERT DISCOVERY CUT-OFF AND ORDER

TOTAL P.04

3. The parties stipulate to conduct the deposition of Lytton Williams after July 21, 2008 but before September 30, 2008.

It is so stipulated.

ANTHONY R. LOPEZ & ASSOCIATES

Dated: _____ 2008

_____
Peter Lazarus, Esq.
Attorneys for Plaintiff ROBERTO HERNANDEZ

*Target's stipulation conditioned party paying for expert fee for deposition.*

BOORNAZIAN, JENSEN & GARTHE

Dated: 7/22/08 _____ 2008

_____
Gail Trabish, Esq.
Attorneys for Defendant TARGET STORES, a division of Target Corporation

LIVINGSTON LAW FIRM

Dated: _____ 2008

_____
Craig A. Livingston, Esq.
Attorneys for Third-Party Defendant SEATING CONCEPTS, INC.

BORTON PETRINI, LLP

Dated: July 21 _____ 2008

_____
Mark W. Shem, Esq.,
Attorneys for Third Party Defendant/Cross-Defendant JETCO MANUFACTURING, LTD.

**ORDER**

Good cause appearing, it is so ordered.

Dated: _____ 2008

_____
HOWARD LLOYD
MAGISTRATE JUDGE

2

STIPULATION TO EXTEND EXPERT DISCOVERY CUT-OFF AND ORDER

TOTAL P.04

1  cut-off for expert depositions is July 21, 2008.
2      3.   The parties stipulate to conduct the deposition of Lytton Williams after
3  July 21, 2008 but before September 30, 2008.
4      It is so stipulated.

ANTHONY R. LOPEZ & ASSOCIATES

7  Dated: _____ 2008

_____
Peter Lazarus, Esq.
Attorneys for Plaintiff ROBERTO HERNANDEZ

BOORNAZIAN, JENSEN & GARTHE

11 Dated: _____ 2008

_____
Gail Trabish, Esq.
Attorneys for Defendant TARGET STORES,
a division of Target Corporation

LIVINGSTON LAW FIRM

15 Dated: July 22, 2008

_____
Craig A. Livingston, Esq.
Attorneys for Third-Party Defendant
SEATING CONCEPTS, INC.

BORTON PETRINI, LLP

20 Dated: July 21, 2008

_____
Mark W. Shem, Esq.,
Attorneys for Third Party Defendant/Cross-
Defendant JETCO MANUFACTURING,
LTD.

### ORDER

Good cause appearing, it is so ordered.

27 Dated: _____ 2008

HOWARD LLOYD
MAGISTRATE JUDGE

2
STIPULATION TO EXTEND EXPERT DISCOVERY CUT-OFF AND ORDER

TOTAL P.04

1  cut-off for expert depositions is July 21, 2008.

2         3.      The parties stipulate to conduct the deposition of Lytton Williams after
3  July 21, 2008 but before September 30, 2008.

4        It is so stipulated.

5                                        ANTHONY R. LOPEZ & ASSOCIATES

7  Dated: _____ 2008

8                                        Peter Lazarus, Esq.
                                      Attorneys for Plaintiff ROBERTO HERNANDEZ

10                                        BOORNAZIAN, JENSEN & GARTHE

11  Dated: _____ 2008

12                                        Gail Trabish, Esq.
                                      Attorneys for Defendant TARGET STORES,
13                                        a division of Target Corporation

14                                        LIVINGSTON LAW FIRM

15  Dated: _____ 2008

16                                        Craig A. Livingston, Esq.
                                      Attorneys for Third-Party Defendant
17                                        SEATING CONCEPTS, INC.

18                                        BORTON PETRINI, LLP

20  Dated: July 21 _____ 2008

                                      Mark W. Shem, Esq.,
21                                        Attorneys for Third Party Defendant/Cross-
                                      Defendant JETCO MANUFACTURING,
22                                        LTD.

24                                **ORDER**

25             Good cause appearing, it is so ordered.

27  Dated: 7/25/08 _____ 2008

28                                        HOWARD LLOYD
                                      MAGISTRATE JUDGE