Mark W. Shem, Esq. (SBN 152860)
BORTON PETRINI, LLP
95 South Market Street, Suite 400
San Jose, CA 95113
Telephone (408) 535-0870
Facsimile (408) 535-0878

Attorneys for Third Party Defendant/Cross-Defendant
JETCO MANUFACTURING, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERNANDEZ, | Case No. 5:07-CV-01971 HRL |
| Plaintiff, | **NOTICE OF SETTLEMENT AND STIPULATION AND PROPOSED ORDER** |
| v. | |
| TARGET CORPORATION et al., | [E-FILING CASE] |
| Defendants. | |
| TARGET STORES, a division of Target Corporation, | |
| Third Party Plaintiff, | Original Complaint Filed: February 23, 2007 |
| v. | |
| SEATING CONCEPTS, INC., JETCO MANUFACTURING LTD., | |
| Third Party Defendants. | |

The parties through and by their respective attorneys of record stipulate as follows:

1.      This case settled in its entirety as of August 4, 2008. The settlement documents have been circulated. The parties expect to execute the settlement release and fund the settlement by September 15, 2008.

2.      A pre-trial conference is scheduled for November 4, 2008 and trial is scheduled

1  to commence November 17, 2008.  The parties request that these dates be vacated.

2                    It is so stipulated.

3                                            ANTHONY R. LOPEZ & ASSOCIATES

4

5  Dated: _9 - 3_____ 2008  _____
                                                    Peter Lazarus, Esq.
6                                            Attorneys for Plaintiff ROBERTO HERNANDEZ

7

8                                            BOORNAZIAN, JENSEN & GARTHE

9
   Dated: _____ 2008  _____
10                                                  Gail Trabish, Esq.
                                             Attorneys for Defendant TARGET STORES,
11                                           a division of Target Corporation

12                                           LIVINGSTON LAW FIRM

13
   Dated: _____ 2008  _____
14                                                  Craig A. Livingston, Esq.
                                             Attorneys for Third-Party Defendant
15                                           SEATING CONCEPTS, INC.

16                                           BORTON PETRINI, LLP

17

18  Dated: _____ 2008  _____
                                                    Mark W. Shem, Esq.,
19                                           Attorneys for Third Party Defendant/Cross-
                                             Defendant  JETCO  MANUFACTURING.
20                                           LTD.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

H:\5\00561802\PLEADING
4\NoticeOfSettlement_mhf.w
pd

1    to commence November 17, 2008.  The parties request that these dates be vacated.

2            It is so stipulated.

3                                          ANTHONY R. LOPEZ & ASSOCIATES

4

5    Dated: _____ 2008

6                                          _____
                                                  Peter Lazarus, Esq.
                                           Attorneys for Plaintiff ROBERTO HERNANDEZ

7

8                                          BOORNAZIAN, JENSEN & GARTHE

9    Dated: ___9/4/08_____ 2008           _____

10                                                 Gail Trabish, Esq.
                                           Attorneys for Defendant TARGET STORES,
11                                         a division of Target Corporation

12                                         LIVINGSTON LAW FIRM

13                                             :        '

14   Dated: _____ 2008          _____
                                                  Craig A. Livingston, Esq.
15                                         Attorneys for Third-Party Defendant
                                           SEATING CONCEPTS, INC.
16                                         BORTON PETRINI, LLP

17

18   Dated: _____ 2008          _____

19                                                Mark W. Shem, Esq.,
                                           Attorneys for Third Party Defendant/Cross-
20                                         Defendant  JETCO  MANUFACTURING,
                                           LTD.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

H:\5689396180\PLEADING
S\NoticeOfSettlement.wpd

1 | to commence November 17, 2008.  The parties request that these dates be vacated.

2 |               It is so stipulated.

3 |                          ANTHONY R. LOPEZ & ASSOCIATES

4 |

5 | Dated: _____ 2008

6 |                              Peter Lazarus, Esq.
                   Attorneys for Plaintiff ROBERTO HERNANDEZ

7 |

8 |                          BOORNAZIAN, JENSEN & GARTHE

9 | Dated: _9/4/08_ 2008

10 |                              Gail Trabish, Esq.
                Attorneys for Defendant TARGET STORES,

11 |             a division of Target Corporation

12 |                        LIVINGSTON LAW FIRM

13 | Dated: _9/8/08_ 2008

14 |                           Craig A. Livingston, Esq.
               Attorneys for Third-Party Defendant

15 |            SEATING CONCEPTS, INC.

16 |                          BORTON PETRINI, LLP

17 |

18 | Dated: _____ 2008

19 |                           Mark W. Shem, Esq.,
               Attorneys for Third Party Defendant/Cross-

20 |            Defendant JETCO MANUFACTURING,
               LTD.

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1   scheduled to commence November 17, 2008. The parties request that these dates be vacated.

2          It is so stipulated.

3                                                    ANTHONY R. LOPEZ & ASSOCIATES

4

5   Dated: _____ 2008

6                                                    _____
                                                     Peter Lazarus, Esq.
                                                     Attorneys for Plaintiff ROBERTO HERNANDEZ

7

8                                                    BOORNAZIAN, JENSEN & GARTHE

9
    Dated: _____ 2008
10
                                                     _____
                                                     Gail Trabish, Esq.
11                                                   Attorneys for Defendant TARGET STORES,
                                                     a division of Target Corporation

12                                                   LIVINGSTON LAW FIRM

13
    Dated: _____ 2008
14
                                                     _____
                                                     Craig A. Livingston, Esq.
15                                                   Attorneys for Third-Party Defendant
                                                     SEATING CONCEPTS, INC.

16                                                   BORTON PETRINI, LLP

17

18  Dated: August 28 _____ 2008
                                                     _____
19                                                   Mark W. Shem, Esq.,
                                                     Attorneys for Third Party Defendant/Cross-
20                                                   Defendant   JETCO   MANUFACTURING,
                                                     LTD.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

H:\56995\61805\PLEADING
S\NoticeOfSettlemznt.wpd

1

## **ORDER**

2          Good cause appearing, the court orders as follows:

3          1.      The pre-trial conference and trial date are vacated.

4          2.      Dismissals of all actions in this case shall be filed no later than <u>10/10</u>, 2008.

5          3.      An Order to Show Cause hearing on why this case should not be dismissed

6   is scheduled for <u>10/28</u>, 2008.

7          IT IS SO ORDERED.

8

9   Dated: <u>9/10/08</u> _____ 2008

10                                      HOWARD LLOYD
                                        MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28