*e-filed 10/8/08*

Craig A. Livingston (SBN 148551)
Crystal L. Van Der Putten (SBN 227262)
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA 94596
Tel: (925) 952-9880
Fax: (925) 952-9881
clivingston@livingstonlawyers.com
cvanderputten@livingstonlawyers.com

Attorneys for Defendant/Cross-Defendant/
Third-Party Defendant/Cross-Claimant
SEATING CONCEPTS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERTO HERNANDEZ<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, INC., et al.<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 5:07-CV-01971 HRL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Original Complaint Filed:<br>February 23, 2007 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) plaintiff ROBERTO HERNANDEZ and defendants TARGET CORPORATION, SEATING CONCEPTS, INC., and JETCO MANUFACTURING, LTD., by and through their counsel of record, hereby stipulate that the above-captioned action and related cross-actions be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: 9-30-08                    ANTHONY R. LOPEZ & ASSOCIATES


By: _____
Peter Lazarus, Esq.
Attorney for Plaintiff
ROBERTO HERNANDEZ

---

*Hernandez v. Target Corporation, et al.*-Case No.5:07-CV-01971 HRL
Stipulation of Dismissal and [Proposed] Order

1

| | |
|---|---|
| Dated: September 29, 2008 | BORTIN PETRINI, LLP<br><br>By: /s/ Mark Shem<br>Mark Shem, Esq.<br>Attorney for Defendant, Third-Party Defendant and Cross-Defendant<br>JETCO MANUFACTURING, LTD. |
| Dated: _____ | BOORNAZIAN, JENSEN & GARTHE<br><br>By: _____<br>Gail Trabish, Esq.<br>Attorney for Defendant, Third-Party Plaintiff and Cross-Defendant<br>TARGET CORPORATION |
| Dated: _____ | LIVINGSTON LAW FIRM, P.C.<br><br>By: _____<br>Craig A. Livingston<br>Attorney for Defendant, Cross-Complainant and Third-Party Defendant<br>SEATING CONCEPTS, INC. |

[PROPOSED]
ORDER

Good cause appearing, the Court orders as follows:

*Roberto Hernandez v. Target, et al.*, Case No. 5:07-CV-01971 HRL, and related cross-complaints and third-party complaints, is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Howard R. Lloyd
Magistrate Judge

---

*Hernandez v. Target Corporation, et al.* - Case No. 5:07-CV-01971 HRL
Stipulation of Dismissal and [Proposed] Order

2

| | |
|---|---|
| Dated: _____ | BORTIN PETRINI, LLP |
| | By:_____<br>Mark Shem, Esq.<br>Attorney for Defendant, Third-Party Defendant<br>and Cross-Defendant<br>JETCO MANUFACTURING, LTD. |
| Dated: 9/30/08 | BOORNAZIAN, JENSEN & GARTHE |
| | By:_____ *(signed)*<br>Gail Trabish, Esq.<br>Attorney for Defendant, Third-Party Plaintiff<br>and Cross-Defendant<br>TARGET CORPORATION |
| Dated: _____ | LIVINGSTON LAW FIRM, P.C. |
| | By:_____<br>Craig A. Livingston<br>Attorney for Defendant, Cross-Complainant<br>and Third-Party Defendant<br>SEATING CONCEPTS, INC. |

[PROPOSED]
ORDER

Good cause appearing, the Court orders as follows:

*Roberto Hernandez v. Target, et al.*, Case No. 5:07-CV-01971 HRL, and related cross-complaints and third-party complaints, is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Dated: _____

Hon. Howard R. Lloyd
Magistrate Judge

*Hernandez v. Target Corporation, et al.*-Case No.5:07-CV-01971 HRL
Stipulation of Dismissal and [Proposed] Order

2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: _____ | BORTIN PETRINI, LLP |
| 3 | | |
| 4 | | By:_____ |
| 5 | | Mark Shem, Esq.<br>Attorney for Defendant, Third-Party Defendant<br>and Cross-Defendant |
| 6 | | JETCO MANUFACTURING, LTD. |
| 7 | Dated: _____ | BOORNAZIAN, JENSEN & GARTHE |
| 8 | | |
| 9 | | By:_____ |
| 10 | | Gail Trabish, Esq.<br>Attorney for Defendant, Third-Party Plaintiff<br>and Cross-Defendant |
| 11 | | TARGET CORPORATION |
| 12 | Dated: Sept. 30, 2008 | LIVINGSTON LAW FIRM, P.C. |
| 13 | | |
| 14 | | By:_____ |
| 15 | | Craig A. Livingston<br>Attorney for Defendant, Cross-Complainant<br>and Third-Party Defendant |
| 16 | | SEATING CONCEPTS, INC. |
| 17 | | |

**[PROPOSED]**
**ORDER**

Good cause appearing, the Court orders as follows:

*Roberto Hernandez v. Target, et al.*, Case No. 5:07-CV-01971 HRL, and related cross-complaints and third-party complaints, is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Dated: 10/7/08

_____
Hon. Howard R. Lloyd
Magistrate Judge